Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)*   DONALD SHANE BROWN

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* Donald Shane Brown 169 Mintz Road on *(date)* 04-16-2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 04-16-2010

D/S Jeff Bohannon
*Server's signature*

D/S Jeff Bohannon D/S
*Printed name and title*

160 Windmill Farms Rd, Homer GA 30547
*Server's address*

Additional information regarding attempted service, etc: