1461 CRONIC TOWN ROAD
AUBURN GA 30011

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)*   PHILLIP STANLEY

was received by me on *(date)*   4-22-10   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Marlene Stanley (mother), a person of suitable age and discretion who resides there,
on *(date)* 4/22/10 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ 0 for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 4/22/10 @ 1450 hrs   Y. Petty S284
                                *Server's signature*

Y. Petty, deputy sheriff
*Printed name and title*
Barrow County Sheriff's Office
652 Barrow Park Drive
Winder, GA 30680
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
SHERIFF'S OFFICE
BARROW COUNTY, GA
2010 APR 19 AM 11:41
JUD SMITH, SHERIFF