# WILLIAMS MORRIS & WAYMIRE
## ATTORNEYS AT LAW

TERRY E. WILLIAMS
G. KEVIN MORRIS
JASON C. WAYMIRE

4330 SOUTH LEE STREET
BUILDING 400, SUITE A
BUFORD, GEORGIA 30518

678.541.0790 PHONE
678.541.0789 FAX
WWW.WMWLAW.COM

June 4, 2010

Mr. Don Stanhope, Courtroom Deputy Clerk
USDC-Northern District
121 Spring Street SE
Gainesville, GA 30501

Re: **Finch v. Jackson County, et al.**
US District Court, Northern District, Gainesville Division
Civil Action File No. 2:10-CV-62-WCO

Dear Mr. Stanhope:

Pursuant to Local Rule 83.1(E)(3), I request that I be excused from any court appearances regarding the referenced matter as I will be out of the office for vacation for the following dates:

July 12 – July 16, 2010

With a copy of this letter, I am notifying all counsel.

Thank you for your consideration.

Best regards.

Very truly yours,

WILLIAMS, MORRIS & WAYMIRE, LLC

G. Kevin Morris

GKM/rc
cc: Albert Wan, Esq.
Brian Spears, Esq.
Gary Shapiro, Esq.
Andrew H. Marshall, Esq.