# BRIAN SPEARS

ATTORNEY AT LAW

Of Counsel to:
**Smith, White, Sharma & Halpern**
1126 Ponce de Leon Ave., NE                                      TEL: (404) 872-7086
Atlanta, Georgia 30306-4517                                       FAX:  (404) 892-1128

June 7, 2010

Don Stanhope, Deputy Clerk
to the Hon.  William C. O'Kelley
Judge, United States District Court
Northern District of Georgia
121pring Street, SE
Gainesville, GA 30501

        Re:        Finch v. Brown, et al.
                    Civil Action File No. 2:10-CV-0062-WCO

Dear Mr.  Stanhope:

This is written to request that no proceedings be scheduled in the above-captioned matter for the following periods: June 30 thru July 7, 2010.  I will be out of the state for professional development and family vacation during these periods of time.

Please contact me in the event that you have any questions.  Thank you in advance for your kind attention to this matter.

        Sincerely,


        /s/

        Brian Spears

BS:tsk

cc: all counsel, via electronic filing