ALBERT WAN, ATTORNEY AT LAW

1201 PEACHTREE STREET
400 COLONY SQUARE, SUITE 200
ATLANTA, GA 30361
TEL: (404) 872-7760
FAX: (404) 872-7764

June 7, 2010

**VIA ECF FILING**

Mr. Don Stanhope, Deputy Clerk
to the Hon. William C. O'Kelley
United States District Court
Northern District of Georgia
121 Spring Street SE
Gainesville, GA 30501

> RE:    **Finch v. Brown et al.**
>        **Civil Action No. 2:10-CV-0062-WCO**

Dear Mr. Stanhope:

I write to respectfully request that no proceedings be scheduled in the above-captioned matter for the period of August 11, 2010 to August 20, 2010. I will be in Seattle and Vancouver for summer vacation.

Please feel free to contact me should you have any questions or concerns. Thank you in advance for your time and attention to this matter.

Sincerely yours,

/s/

Albert Wan

CC: all counsel, via ECF filing