IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMES FINCH and JUSTIN FINCH, a Minor, by and through his next Friend, Kim Biondi, and THE ESTATE OF RICKY G. FINCH, by and through the Temporary Administrator of his estate, James Nelson Finch,<br><br>    Plaintiffs,<br><br>vs.<br><br>DONALD SHANE BROWN, in his individual capacity,  and PHILLIP STANLEY, in his individual capacity,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>2:10-CV-0062-WCO |

## ORDER GRANTING TEMPORARY STAY OF PROCEEDINGS

Now Pending before this Court is the parties' Consent Motion for a Limited Stay of the Proceedings.

For and upon the reasons set forth within the Motion, it is hereby ORDERED as follows:

a. All proceedings in this litigation are hereby stayed up to and including July 25, 2010;

b. Discovery in this litigation will commence on Monday, July 26, 2010, in the event that no resolution has been reached by the parties;

c. The parties are to report to the Court by not later than July 26, 2010, whether they have reached a resolution of the issues presented by this litigation.

So Ordered on this the ___ day of June, 2010.

_____
Judge, U.S. District Court