IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMES FINCH AND JUSTIN FINCH, a Minor, by and through his next Friend, Kim Biondi, and THE ESTATE OF RICKY G. FINCH, by and through the Temporary Administrator of his estate, James Nelson Finch, : : : : : : : : Plaintiffs, : : v. : : DONALD SHANE BROWN, in his individual capacity, and PHILLIP STANLEY, in his individual capacity, : : : : : : Defendants. : : | CIVIL ACTION NO. 2:10-CV-0062-WCO |

## **ORDER**

The court has before it for consideration the parties' "Consent Motion for Temporary Stay of the Proceedings" [13-1].

Based upon the reasons set forth in the motion:

a. All proceedings in this litigation are hereby stayed up to and including July 25, 2010;

b. Discovery in this litigation will commence on Monday, July 26, 2010, in the event that no resolution has been reached by the parties;

c. The parties are to report to the court no later than July 26, 2010, whether they have reached a resolution of the issues presented by this litigation.

**IT IS SO ORDERED**, this 15th day of June, 2010.

_____
WILLIAM C. O'KELLEY
Senior United States District Judge