IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES NELSON FINCH, | ) | |
| Estate of Ricky G. Finch, by | ) | |
| and through the Temporary | ) | CIVIL ACTION FILE NO. |
| Administrator of his estate, | ) | |
| James Nelson Finch, and JUSTIN | ) | 2:10-cv-0062-WCO |
| FINCH, a minor, by and through his | ) | |
| next friend, Kim Biondi, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald Shane Brown, in his | ) | |
| individual capacity, and Phillip | ) | |
| Stanley, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT REPORT OF PARTIES

Pursuant to this Court's Order of June 15, 2010, D.E. 14, come now the parties to the within action, by and through their counsel of record, and report as follows:  The parties have not reached a resolution of the issues presented by this litigation.

So submitted on this the 26th day of July, 2010.

|  |  |
|---|---|
|  | S/ G. BRIAN SPEARS |
|  | G. Brian Spears |
|  | Attorney for James Finch |
|  | And The Estate of Ricky Finch |
| 1126 Ponce de Leon Avenue |  |
| Atlanta, Georgia 30306 |  |
|  | S/ GARY SHAPIRO |
|  | Gary Shapiro |
|  | Attorney for Justin Finch |
| 400 Galleria Parkway, Ste 1500-20 |  |
| Atlanta, GA 30339 |  |
|  | S/ ANDREW H. MARSHALL |
|  | Andrew H. Marshall, Esq. |
|  | Attorney for Brown |
| Begnaud & Marshall, LLP |  |
| 1091-B Founders Boulevard |  |
| Post Office Box 8085 |  |
| Athens, Georgia 30603-8085 |  |
|  | S/ G. KEVIN MORRIS |
|  | G. Kevin Morris |
|  | Attorney for Stanley |
| Williams, Morris & Waymire, LLC |  |
| Building 400, Suite A |  |
| 4330 South Lee Street, NE |  |
| Buford, Georgia 30518 |  |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 26, 2010, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Andrew H. Marshall, Esq. | G. Kevin Morris |
| Begnaud & Marshall, LLP | Williams, Morris & Waymire, LLC |
| 1091-B Founders Boulevard | Building 400, Suite A |
| Post Office Box 8085 | 4330 South Lee Street, NE |
| Athens, Georgia 30603-8085 | Buford, Georgia 30518 |

         S/BRIAN SPEARS, ECF-Registered Attorney
         Georgia Bar No. 670112
         Attorney for Plaintiff
         1126 Ponce de Leon Avenue
         Atlanta, GA 30306
         Telephone: (404) 872-7086
         Email: Bspears@mindspring.com