IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH and JUSTIN FINCH, a Minor, by and through his next Friend, Kim Biondi, and THE ESTATE OF RICKY G. FINCH, by and through the Temporary Administrator of his estate, James Nelson Finch, | ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. 2:10-CV-0062-WCO |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DONALD SHANE BROWN, in his individual capacity, and PHILLIP STANLEY, in his individual capacity, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

NOW COME the Plaintiffs in the above-referenced action and file this, their Certificate of Interested Persons and Corporate Disclosure showing this Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation, and any publicly held corporation that owns 10% of more of the stock of a party:

(A)   James Finch, Plaintiff

(B) The Estate of Ricky Finch, by and through James Finch, Temporary Administrator, Plaintiff;

(C) Justin Finch, Plaintiff, by and through Kim Biondi, as natural guardian and next friend of Justin Finch;

(D) Donald Shane Brown, Defendant; and

(E) Phillip Stanley, Defendant.

2. The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(A) Association County Commissioners of Georgia, Interlocal Risk Management Agency;

(B) Brian Spears, Esq.;

(D) Albert Wan, Esq.;

(E) Gary Shapiro, Esq.;

(F) Jason Finch;

(G) Jackson County, Georgia; and

(H) Raymond Gailey.

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    For the Plaintiffs:    Brian Spears
                                   G. Brian Spears, P.C.
                                   1126 Ponce de Leon Avenue
                                   Atlanta, GA 30306

                                   Albert Wan, Esq.
                                   1201 Peachtree St., Ste. 200
                                   Atlanta, GA 30361

                                   Gary M. Shapiro, Esq.
                                   400 Galleria Parkway, Suite 1500-20
                                   Atlanta, GA 30339

    For the Defendants:    G. Kevin Morris
                                   Williams, Morris & Waymire, LLC
                                   Building 400, Suite A
                                   4330 South Lee Street, NE
                                   Buford, Georgia 30518

                                   Andrew H. Marshall, Esq.
                                   Begnaud & Marshall, LLP
                                   1091-B Founders Boulevard
                                   Post Office Box 8085
                                   Athens, Georgia 30603-8085

Submitted this 2nd day of August, 2010.

                                                               S/ G. BRIAN SPEARS
                                                               Bar No. 670112
                                                               Attorney for Plaintiffs

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele: (404) 872-7086

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2010, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Andrew H. Marshall, Esq. | G. Kevin Morris |
| Begnaud & Marshall, LLP | Williams, Morris & Waymire, LLC |
| 1091-B Founders Boulevard | Building 400, Suite A |
| Post Office Box 8085 | 4330 South Lee Street, NE |
| Athens, Georgia 30603-8085 | Buford, Georgia 30518 |

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com