IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JUSTIN FINCH, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>DONALD SHANE BROWN, et al., )<br>)<br>    Defendants. )<br>_____) | <br><br><br><br><br>CIVIL ACTION NO.:<br>    2:10-CV-0062-WCO |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

NOW COMES Defendant, Donald Shane Brown, by and through counsel, and hereby files his Certificate of Interested Persons and Corporate Disclosure showing this Court as follows:

**1.**

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation, and any publicly held corporation that owns 10% of more of the stock of a party:

  (a)  James Finch, Plaintiff

  (b)  The Estate of Ricky Finch, by and through James Finch, Temporary Administrator, Plaintiff

  (c)  Justin Finch, Plaintiff, by and through Kim Biondi, as natural guardian and next friend of Justin Finch

  (d)  Donald Shane Brown, Defendant

 (e) Phillip Stanley, Defendant

**2.**

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

 (a) Association County Commissioners of Georgia - Interlocal Risk Management Agency

 (b) Brian Spears, Esq.

 (c) Albert Wan, Esq.

 (d) Gary Shapiro, Esq.

 (e) Jason Finch

 (f) Jackson County, Georgia

 (g) Raymond Gailey

**3.**

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For the Plaintiffs:</u>

 Brian Spears
 G. Brian Spears, P.C.
 1126 Ponce de Leon Avenue
 Atlanta, Georgia 30306

    Albert Wan, Esq.
    Albert Wan, Attorney at Law
    Suite 200
    1201 Peachtree Street
    400 Colony Square
    Atlanta, Georgia 30361

    Gary M. Shapiro, Esq.
    Law Office of Gary M. Shapiro
    Suite 1500-20
    400 Galleria Parkway
    Atlanta, Georgia 30339

For Defendant Donald Shane Brown:

    Andrew H. Marshall, Esq.
    Begnaud & Marshall, LLP
    1091-B Founders Boulevard
    Post Office Box 8085
    Athens, Georgia 30603-8085

For Defendant Phillip Stanley:

    G. Kevin Morris
    Williams, Morris & Waymire, LLC
    Building 400, Suite A
    4330 South Lee Street, NE
    Buford, Georgia 30518

                                              Respectfully submitted,

                                              BEGNAUD & MARSHALL, LLP


                                              _s/Andrew H. Marshall_____
                                              Andrew H. Marshall
                                              Georgia Bar No.: 471450
                                              Attorney for Defendant
                                              Donald Shane Brown

1091-B Founder's Boulevard
Post Office Box 8085
Athens, Georgia 30603-8085
(706) 316-1150
(706) 316-1153 fax
dmarshall@athens1867.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the other parties in the foregoing matter by depositing in the United States mail a copy of **Certificate of Interested Parties and Corporate Disclosure Statement** in an envelope with adequate postage addressed to:

>Brian Spears, Esq.
>G. Brian Spears, P.C.
>1126 Ponce de Leon Avenue
>Atlanta, Georgia 30306
>
>Albert Wan, Esq.
>Albert Wan, Attorney at Law
>Suite 200
>1201 Peachtree Street
>400 Colony Square
>Atlanta, Georgia 30361
>
>Gary M. Shapiro, Esq.
>Law Office of Gary M. Shapiro
>Suite 1500-20
>400 Galleria Parkway
>Atlanta, Georgia 30339
>
>G. Kevin Morris, Esq.
>Williams, Morris & Waymire
>4330 South Lee Street, NE
>Building 400, Suite A
>Buford, Georgia  30518

This 6th day of August, 2010.

>s/Andrew H. Marshall
>Andrew H. Marshall