# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

JAMES NELSON FINCH and
JUSTIN FINCH, a Minor, by and
through his next friend, Kim Biondi,
and the ESTATE OF RICKY G.
FINCH, by and through the
Temporary Administrator of his
estate, James Nelson Finch,

    Plaintiffs,

v.

DONALD SHANE BROWN, in his
individual capacity, and PHILLIP
STANLEY, in his individual
capacity,

    Defendants.

CIVIL ACTION
NO. 2:10-CV-0062-WCO

## ORDER

The court has before it for consideration plaintiffs' "Motion for Leave to Amend Complaint and for Joinder of Parties" [16]. No response has been filed to that motion. It is therefore considered to be without opposition in accordance with Local Rule 7.1B. The motion [16] is therefore **GRANTED**.

**IT IS SO ORDERED**, this 25th day of August, 2010.

s/*William C. O'Kelley*
WILLIAM C. O'KELLEY
Senior United States District Judge