IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH | : | |
| | : | |
| PLAINTIFF | : | |
| | : | |
| | : | CIVIL ACTION |
| V. | : | NO.  2:10-cv-00062-WCO |
| | : | |
| DONALD SHANE BROWN, ET AL | : | |
| | : | |
| DEFENDANT | : | |

## N O T I C E

By direction of the Court, the above-styled action is hereby <u>SET</u> for a SCHEDULING CONFERENCE RE [20] AMENDED JOINT PRELIMINARY REPORT AND DISCOVERY PLAN, ON WEDNESDAY, OCTOBER 13, 2010, AT 10:00 A.M., BEFORE HONORABLE WILLIAM C. O'KELLEY, SENIOR UNITED STATES DISTRICT JUDGE IN THE THIRD FLOOR CHAMBERS, GAINESVILLE, GA 30501.

This the 3rd day of September, 2010.

JAMES N. HATTEN, CLERK

BY:

<u>s/Don Stanhope</u>
Don Stanhope
Courtroom Deputy Clerk
404/215-1535 (Atlanta)
678/450-2735 (Gainesville)