IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH and JUSTIN FINCH, | ) | |
| A Minor, by and through his next | ) | |
| Friend, Kim Biondi, and The | ) | |
| ESTATE OF RICKY G. FINCH, by | ) | |
| And through the Temporary | ) | |
| Administrator of his estate, James | ) | |
| Nelson Finch, | ) | CIVIL ACTION FILE NO. |
| | ) | 2:10-CV-0062-WCO |
|    Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD SHANE BROWN, in his | ) | |
| individual capacity, and PHILLIP | ) | |
| STANLEY, in his individual | ) | |
| capacity, | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

## DEFENDANT STANLEY'S SUPPLEMENTAL RESPONSES TO INITIAL DISCLOSURES

COMES NOW Defendant Stanley in this action, and files this his Supplemental Responses to Initial Disclosures as follows:

(9) If Defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

**RESPONSE:** Defendant Stanley contends that decedent is solely responsible for his own demise.

This 17th day of September, 2010.

                    WILLIAMS, MORRIS & WAYMIRE, LLC

                    /s/ G. Kevin Morris
                    G. Kevin Morris
                    Williams, Morris & Waymire, LLC
                    Attorney for Defendant Stanley

Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518
678-541-0790
678-541-0789 FAX
kevin@wmwlaw.com

## ATTACHMENT A

- All witnesses identified by Plaintiff in response to Initial Disclosures.

**ATTACHMENT B**

Defendant Stanley has not yet identified any person who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence.

**ATTACHMENT C**

All items listed by Plaintiffs in Attachment C to their Initial Disclosures.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT STANLEY'S SUPPLEMENTAL RESPONSES TO INITIAL DISCLOSURES** upon all parties electronically through the Court's CM/ECF system, as follows:

Brian Spears
Attorney at Law
1126 Ponce de Leon Avenue
Atlanta, GA 30306

Albert Wan
Attorney at Law
1201 Peachtree Street
400 Colony Square, Ste 200
Atlanta, GA 30361

Gary M. Shapiro
Attorney at Law
400 Galleria Parkway, Ste 1500-20
Atlanta, GA 30339

Andrew H. Marshall
Begnaud & Marshall, LLP
P. O. Box 8085
Athens, GA 30603-8085

This 17th day of September, 2010.

WILLIAMS, MORRIS & WAYMIRE, LLC

/s/ G. Kevin Morris
G. KEVIN MORRIS
Georgia Bar No. 523895

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
678-541-0790 Telephone
678-541-0789 Telecopier
kevin@wmwlaw.com