IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH and JUSTIN FINCH, a Minor, by and through his next Friend, Kim Biondi, and THE ESTATE OF RICKY G. FINCH, by and through the Temporary Administrator of his estate, James Nelson Finch, | ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. 2:10-CV-0062-WCO |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DONALD SHANE BROWN, in his individual capacity, and PHILLIP STANLEY, in his individual capacity, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' SUPPLEMENTAL
RESPONSES TO INITIAL DISCLOSURES**

NOW COME the Plaintiffs in this action, and file this their Supplemental Responses to Initial Disclosures as follows:

SUPPLEMENT TO ATTACHMENT "A"

FINCH WITNESSES

Biondi, Kim          Natural Mother of Justin Finch

Germaine, Linda      Sister of Ricky Finch

S/ G. BRIAN SPEARS
Bar No. 670112
Attorney for Plaintiffs

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele: (404) 872-7086
Fax: (404) 892-1128
Email: Bspears@mindspring.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2010, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Andrew H. Marshall, Esq.
Begnaud & Marshall, LLP
1091-B Founders Boulevard
Post Office Box 8085
Athens, Georgia 30603-8085

Timothy J. Buckley
Buckley & Brown, PC
2970 Clairmont Road, Suite 1010
Atlanta, GA 30329

Gary M. Shapiro, Esq.
400 Galleria Parkway, Suite 1500-20
Atlanta, GA 30339

G. Kevin Morris
Williams, Morris & Waymire, LLC
Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518

Albert Wan, Esq.
1201 Peachtree St., Ste. 200
Atlanta, GA 30361

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com