IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINSEVILLE DIVISION

| | | |
|---|---|---|
| JAMES NELSON FINCH, JASON OTIS FINCH, JUSTIN FINCH, by and through his next friend, Kim Biondi, and THE ESTATE OF RICKY G. FINCH by and through the Temporary Administrator of his Estate, James Nelson Finch, | ) ) ) ) ) ) ) ) | CIVIL ACTION FILE 2: 10-CV-0062-WCO |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| DONALD SHANE BROWN, in his individual capacity, and PHILLIP STANELY, in his individual capacity, and RAYMOND GAILEY, in his individual capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT RAYMOND GAILEY'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Raymond Gailey, hereinafter "Defendant Gailey," and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, files this, his Certificate of Interested Persons and Corporate Disclosure Statement:

**1.**

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a) James Nelson Finch, Plaintiff;

b) Jason Otis Finch, Plaintiff;

c) Justin Finch, a Minor, by and through his next of friend, Kim Biondi, Plaintiff;

d) Estate of Ricky G. Finch, by and through the Temporary Administrator of his estate, James Nelson Finch, Plaintiff;

e) Donald Shane Brown, Defendant;

f) Phillip Stanley, Defendant; and

g) Raymond Gailey, Defendant.

**2.**

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a) Association of County Commissioners of Georgia – Interlocal Risk Management Agency (ACCG-IRMA);

b) Brian W. Spears, Esq.;

c) Albert Wan, Esq.;

d) Gary Shapiro, Esq.;

e) Jackson County, Georgia; and

f) Sheriff Stan Evans.

**3.**

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For Plaintiffs</u>:

Brian Spears, Esq.
Law Office of G. Brian Spears, LLC
1126 Ponce de Leon Avenue
Atlanta, Georgia 30306

Albert Wan, Esq.
1201 Peachtree Street
Colony Square, Suite 200
Atlanta, Georgia 30316

    Gary Shapiro, Esq.
    400 Galleria Parkway
    Suite 1500-20
    Atlanta, Georgia 30339

For Defendant Raymond Gailey:

    Timothy J. Buckley III, Esq.
    Michaela C. Kendall, Esq.
    Buckley Brown, P.C.
    2970 Clairmont Road NE
    Suite 1010
    Atlanta, Georgia 30329

For Defendant Donald Brown:

    Andrew H. Marshall, Esq.
    Begnaud & Marshall, LLP
    1091-B Founders Boulevard
    P.O. Box 8085
    Athens, Georgia 30603-8085

For Defendant Phillip Stanley:

    G. Kevin Morris, Esq.
    Williams, Morris & Waymire, LLC
    Building 400, Suite A
    4330 South Lee Street, NE
    Buford, Georgia 30518

                {Signature on following page.}

## **CERTIFICATE OF COMPLIANCE WITH TYPE REQUIREMENTS**

I hereby certify that the foregoing has been prepared in a font and point selection approved by the Court in Local Rule 5.1C.

This 30th day of September, 2010.

                                                Respectfully submitted,

                                                **BUCKLEY BROWN, P.C.**

                                                /s/ Timothy J. Buckley III
                                                _____
                                                TIMOTHY J. BUCKLEY III
                                                Georgia Bar No. 092913
                                                MICHAELA C. KENDALL
                                                Georgia State Bar No. 252118
                                                *Attorneys for Defendant Raymond Gailey*

2970 Clairmont Road, N.E.
Suite 1010
Atlanta, GA 30329
(404) 633-9230

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINSEVILLE DIVISION

| | | |
|---|---|---|
| JAMES NELSON FINCH, JASON OTIS FINCH, JUSTIN FINCH, by and through his next friend, Kim Biondi, and THE ESTATE OF RICKY G. FINCH by and through the Temporary Administrator of his Estate, James Nelson Finch, | ) ) ) ) ) ) ) ) | CIVIL ACTION FILE 2: 10-CV-0062-WCO |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DONALD SHANE BROWN, in his individual capacity, and PHILLIP STANELY, in his individual capacity, and RAYMOND GAILEY, in his individual capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed DEFENDANT RAYMOND GAILEY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications to all counsel of record.

Andrew H. Marshall, Esq.
Begnaud & Marshall, LLP
1091-B Founders Boulevard
P.O. Box 8085
Athens, Georgia 30603-8085

G. Kevin Morris, Esq.
Williams, Morris & Waymire, LLC
Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518

Brian Spears, Esq.
Law Office of G. Brian Spears, LLC
1126 Ponce de Leon Avenue
Atlanta, Georgia 30306

Albert Wan, Esq.
1201 Peachtree Street
Colony Square, Suite 200
Atlanta, Georgia 30316

Gary Shapiro, Esq.
400 Galleria Parkway
Suite 1500-20
Atlanta, Georgia 30339

{Signature on following page.}

This 30th day of September, 2010.

        Respectfully submitted,

        **BUCKLEY BROWN, P.C.**

        /s/ Michaela C. Kendall
        _____
        TIMOTHY J. BUCKLEY III
        Georgia Bar No. 092913
        MICHAELA C. KENDALL
        Georgia State Bar No. 252118
        *Attorneys for Defendant Raymond Gailey*

2970 Clairmont Road, N.E.
Suite 1010
Atlanta, GA 30329
(404) 633-9230