IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO. |
| | ) | 2:10-CV-0062-WCO |
| vs. | ) | |
| | ) | |
| DONALD SHANE BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ISSUANCE OF SUBPOENA

Notice is hereby given to the Defendants that the following Subpoena was issued on October 29, 2010, a copy of which is attached hereto:

1.  Sheriff Stan Evans.

                                            S/ G. BRIAN SPEARS
                                            Bar No. 670112
                                            Attorney for Plaintiffs

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086
Fax:  (404) 892-1128
Email: Bspears@mindspring.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2010, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Andrew H. Marshall, Esq.<br>Begnaud & Marshall, LLP<br>1091-B Founders Boulevard<br>Post Office Box 8085<br>Athens, Georgia 30603-8085 | G. Kevin Morris<br>Williams, Morris & Waymire, LLC<br>Building 400, Suite A<br>4330 South Lee Street, NE<br>Buford, Georgia 30518 |
| Timothy J. Buckley<br>Buckley & Brown, PC<br>2970 Clairmont Road, Suite 1010<br>Atlanta, GA 30329 | Albert Wan, Esq.<br>1201 Peachtree St., Ste. 200<br>Atlanta, GA 30361 |
| Gary M. Shapiro, Esq.<br>400 Galleria Parkway, Suite 1500-20<br>Atlanta, GA 30339 | |

                                                <u>S/BRIAN SPEARS, ECF-Registered Attorney</u>
                                                Georgia Bar No. 670112
                                                Attorney for Plaintiff
                                                1126 Ponce de Leon Avenue
                                                Atlanta, GA 30306
                                                Telephone: (404) 872-7086
                                                Email: Bspears@mindspring.com