## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| JAMES FINCH and JUSTIN FINCH, ) <br> A Minor, by and through his ) <br> Next Friend, Kim Biondi, and ) <br> The ESTATE OF RICKY G. FINCH, ) <br> By And through the Temporary ) <br> Administrator of his estate, ) <br> James Nelson Finch, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DONALD SHANE BROWN, in his ) <br> individual capacity, and ) <br> PHILLIP STANLEY, in his ) <br> individual capacity, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE <br> NO. 2:10-CV-0062-WCO |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing SUBPOENA FOR DEPOSITION OF JAMES FINCH, SR. upon all parties by via United States Mail, adequate postage affixed thereto, addressed as follows:

```
                    Brian Spears
                   Attorney at Law
               1126 Ponce de Leon Avenue
                   Atlanta, GA 30306

                     Albert Wan
                   Attorney at Law
                 1201 Peachtree Street
              400 Colony Square, Ste 200
                   Atlanta, GA 30361

                   Gary M. Shapiro
                   Attorney at Law
           400 Galleria Parkway, Ste 1500-20
                   Atlanta, GA 30339

                  Andrew H. Marshall
                Begnaud & Marshall, LLP
                    P. O. Box 8085
                 Athens, GA 30603-8085

                  Timothy J. Buckley
                  Michaela C. Kendall
                   Buckley Brown, P.C.
           2970 Clairmont Road, N.E., Ste 1010
                   Atlanta, GA 30329
```

This 29th day of November, 2010.

                    WILLIAMS, MORRIS & WAYMIRE, LLC

                    /s/ G. Kevin Morris
                    _____
                    G. KEVIN MORRIS
                    Georgia Bar No. 523895
                    Attorney for Defendant Stanley

Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518

(678) 541-0790
(678) 541-0789
kevin@wmwlaw.com