IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMES FINCH and JUSTIN FINCH, )<br>A Minor, by and through his )<br>Next Friend, Kim Biondi, and )<br>The ESTATE OF RICKY G. FINCH, )<br>By And through the Temporary )<br>Administrator of his estate, )<br>James Nelson Finch, )<br>  )<br>   Plaintiffs, )<br>  )<br>vs. )<br>  )<br>DONALD SHANE BROWN, in his )<br>individual capacity, and )<br>PHILLIP STANLEY, in his )<br>individual capacity, )<br>  )<br>   Defendants. )<br>  ) | CIVIL ACTION FILE<br>NO. 2:10-CV-0062-WCO |

**NOTICE OF DEPOSITION OF JUSTIN FINCH**

YOU ARE HEREBY NOTIFIED pursuant to Rule 30 of the Federal Rules of Civil Procedure, that on Thursday, January 20, 2011, at 9:00 a.m. at the offices of Gary M. Shapiro, 400 Galleria Parkway, Suite 1500-20, Atlanta, GA 30339, before an officer duly authorized by law to administer oaths, the undersigned will proceed

to take the deposition of Mr. Justin Finch for all purposes allowed by law.  The deposition will continue from day to day until examination is completed.

This 13th day of January, 2011.

                         WILLIAMS, MORRIS & WAYMIRE, LLC

                         /s/ G. Kevin Morris
                         G. KEVIN MORRIS
                         Georgia Bar No. 523895

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
678-541-0790
678-541-0789
kevin@wmwlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing ***NOTICE TO TAKE DEPOSITION OF JUSTIN FINCH*** upon all parties by electronic filing through the CM/ECF system in accordance with the United States District Court rules to:

Brian Spears
Attorney at Law
1126 Ponce de Leon Avenue
Atlanta, GA 30306

Albert Wan
Attorney at Law
1201 Peachtree Street
400 Colony Square, Ste 200
Atlanta, GA 30361

Gary M. Shapiro
Attorney at Law
400 Galleria Parkway, Ste 1500-20
Atlanta, GA 30339

Andrew H. Marshall
Begnaud & Marshall, LLP
P. O. Box 8085
Athens, GA 30603-8085

Timothy J. Buckley, III
Buckley Brown, P.C.
2970 Clairmont Road, N.E., Ste 1010
Atlanta, GA 30329

This 13th day of January, 2011.

                           WILLIAMS, MORRIS & WAYMIRE, LLC

                           /s/ G. Kevin Morris
                           G. KEVIN MORRIS
                           Georgia Bar No. 523895
                           Attorney for Defendant Stanley

Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518
(678) 541-0790
(678) 541-0789