IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JUSTIN FINCH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:2:10-CV-0062-WCO |
| | ) |
| DONALD SHANE BROWN, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE OF ABSENCE

NOW COMES Andrew H. Marshall, counsel for Defendant Brown, and hereby requests, pursuant to Local Rule 83.9, leave of absence in the above-styled case for the following dates:

1. March 23 through March 30, 2011;

2. June 15 through June 28, 2011; and

3. August 29 through September 6, 2011.

Leave of absence is for the purpose of personal vacation and leave. A proposed order is attached.

Respectfully submitted,

BEGNAUD & MARSHALL, LLP

s/Andrew H. Marshall
Andrew H. Marshall
Georgia Bar No.: 471450
Attorney for Defendant Brown

1091-B Founder's Boulevard
Post Office Box 8085
Athens, Georgia 30603-8085
(706) 316-1150
(706) 316-1153 fax
dmarshall@athens1867.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the other parties in the foregoing matter by depositing in the United States mail a copy of Motion For Leave Of Absence in an envelope with adequate postage addressed to:

>George Brian Spears, Esq.
>Law Office of Brian Spears
>1126 Ponce de Leon Avenue
>Atlanta, Georgia 30306
>
>Albert Wan, Esq.
>Albert Wan, Attorney at Law
>Suite 200
>1201 Peachtree Street
>400 Colony Square
>Atlanta, Georgia 30361
>
>Gary M. Shapiro, Esq.
>Law Office of Gary M. Shapiro
>Suite 1500-20
>400 Galleria Parkway
>Atlanta, Georgia 30339
>
>G. Kevin Morris, Esq.
>Williams, Morris & Waymire
>4330 South Lee Street, NE
>Building 400, Suite A
>Buford, Georgia  30518
>
>Michaela C. Kendal, Esq.
>Buckley Brown
>Attorneys at Law
>2970 Clairmont Road, NE
>Suite 1010
>Atlanta, Georgia 30329

This 18th day of January, 2011.

>s/Andrew H. Marshall
>Andrew H. Marshall

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JUSTIN FINCH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO.:2:10-CV-0062-WCO |
| DONALD SHANE BROWN, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Having read and considered the Motion for Leave of Absence of Andrew H. Marshall, counsel for Defendant Brown, and pursuant to Local Rule 83.9, the court hereby grants said motion for leave of absence for March 23 through March 30, June 15 through June 28, and August 29 through September 6, 2011.

SO ORDERED, this ____ day of _____, 2011.

RICHARD W. STORY
Judge United States District Court