IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH and JUSTIN FINCH, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. 2:10-CV-0062-WCO |
| vs. | ) ) | |
| DONALD SHANE BROWN, et al., | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS REPLY TO STANLEY'S**
**MOTION TO DEPOSE JASON FINCH**

NOW COME James Finch, Jason Finch and the Estate of Ricky Finch and reply to the Motion by Stanley for an Order to conduct Jason Finch's deposition, D.E. 74, as follows:

Plaintiffs do not oppose the entry of an Order permitting the deposition of Jason Finch so long as no deposition of Jason Finch take place outside of the discovery period. Defendants have had other opportunities to depose Mr. Finch in the past and have not availed themselves of those opportunities.

The motion as presented to the Court does not seek an extension of the discovery period and Plaintiffs pray that no such extension be allowed.

-1-

S/ G. BRIAN SPEARS
Bar No. 670112
Attorney for Plaintiffs

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086
Fax:   (404) 892-1128
Email: Bspears@mindspring.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2011, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Andrew H. Marshall, Esq. | G. Kevin Morris |
| Begnaud & Marshall, LLP | Williams, Morris & Waymire, LLC |
| 1091-B Founders Boulevard | Building 400, Suite A |
| Post Office Box 8085 | 4330 South Lee Street, NE |
| Athens, Georgia 30603-8085 | Buford, Georgia 30518 |
| | |
| Timothy J. Buckley | Albert Wan, Esq. |
| Michaela Kendall | 1201 Peachtree St., Ste. 200 |
| Buckley & Brown, PC | Atlanta, GA 30361 |
| 2970 Clairmont Road, Suite 1010 | |
| Atlanta, GA 30329 | |

Gary M. Shapiro, Esq.
400 Galleria Parkway, Suite 1500-20
Atlanta, GA 30339

                                      S/BRIAN SPEARS, ECF-Registered Attorney
                                      Georgia Bar No. 670112
                                      Attorney for Plaintiffs
                                      1126 Ponce de Leon Avenue
                                      Atlanta, GA 30306
                                      Telephone: (404) 872-7086
                                      Email: Bspears@mindspring.com