FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 24 2011

JAMES N. HATTEN, Clerk
By: Don Stanhope Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

JAMES FINCH and JUSTIN FINCH, )
et al., )
 )
 Plaintiffs, ) CIVIL ACTION FILE NO.
 ) 2:10-CV-0062-WCO
vs. )
 )
DONALD SHANE BROWN, et al., )
 )
 Defendants. )

## CONSENT PROTECTIVE ORDER REGARDING MEDICAL RELATED INFORMATION IN ACCORDANCE WITH 45 C.F.R. 164.512

NOW PENDING before the Court is the parties' Consent Motion for Protective Order to govern the securing and use of medical related information which may be considered "protected health information" as that term is used in 45 C.F.R. 164.512. For good cause shown, it is hereby ORDERED that:

a. with respect to whatsoever documentary or other form of protected health information which is or may be in the custody or control or possession of any person or entity covered by the requirements of 45 C.F.R. 164.512, whensoever any such protected health information is provided to any party to this litigation that such party shall be prohibited from using or disclosing such protected health information for any purpose other than the litigation for which the information is requested;

-1-

b. any party receiving such information shall be required to return to the producing party the protected health information, including all copies made thereof, at the end of this litigation; and

c. for purposes of this Order, the producing party of protected health information shall, with respect to any document which it considers to be "protected health information," designate or identify such document prior to its production to the parties herein using the identifying words on such document, "protected health information."

This the 20th day of January, 2011.

_____
Judge, United States District Court