```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
                   GAINESVILLE DIVISION

JAMES FINCH and JUSTIN FINCH,    )
A Minor, by and through his      )
Next Friend, Kim Biondi, and     )
The ESTATE OF RICKY G. FINCH,    )
By And through the Temporary     )
Administrator of his estate,     )
James Nelson Finch,              )    CIVIL ACTION FILE
                                 )    NO. 2:10-CV-0062-WCO
     Plaintiffs,                 )
                                 )
vs.                              )
                                 )
DONALD SHANE BROWN, in his       )
individual capacity, and         )
PHILLIP STANLEY, in his          )
individual capacity,             )
                                 )
     Defendants.                 )
                                 )
```

## NOTICE OF VIDEO TELECONFERENCE DEPOSITION
## OF JUDITH F. COX

YOU ARE HEREBY NOTIFIED pursuant to Rule 30 of the Federal Rules of Civil Procedure, that on Wednesday, March 2, 2011, at 10:00 a.m. at the offices of Technical Video, Inc., 4 Northway Lane, Latham, New York 12110, before an officer duly authorized by law to administer oaths, the undersigned will proceed to take

the video teleconference deposition of Judith F. Cox for all purposes allowed by law. All counsel will attend the deposition in Conference Room "C" of Esquire Deposition Solutions, 2700 Centennial Tower, 101 Marietta Street, Atlanta, GA 30303. The deposition will continue from day to day until examination is completed.

This 18th day of February, 2011.

                        WILLIAMS, MORRIS & WAYMIRE, LLC

                        /s/ G. Kevin Morris
                        G. KEVIN MORRIS
                        Georgia Bar No. 523895

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
678-541-0790
678-541-0789
kevin@wmwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing ***NOTICE TO TAKE VIDEO TELECONFERENCE DEPOSITION OF JUDITH F. COX*** upon all parties by electronic filing through the CM/ECF system in accordance with the United States District Court rules to:

Brian Spears
Attorney at Law
1126 Ponce de Leon Avenue
Atlanta, GA 30306

Albert Wan
Attorney at Law
1201 Peachtree Street
400 Colony Square, Ste 200
Atlanta, GA 30361

Gary M. Shapiro
Attorney at Law
400 Galleria Parkway, Ste 1500-20
Atlanta, GA 30339

Andrew H. Marshall
Begnaud & Marshall, LLP
P. O. Box 8085
Athens, GA 30603-8085

Timothy J. Buckley, III
Buckley Brown, P.C.
2970 Clairmont Road, N.E., Ste 1010

Atlanta, GA 30329

This 18th day of February, 2011.

        WILLIAMS, MORRIS & WAYMIRE, LLC

        /s/ G. Kevin Morris
        G. KEVIN MORRIS
        Georgia Bar No. 523895
        Attorney for Defendant Stanley

Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518
(678) 541-0790
(678) 541-0789