IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH and JUSTIN FINCH, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. 2:10-CV-0062-WCO |
| vs. | ) ) | |
| DONALD SHANE BROWN, et al., | ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF FILING ORIGINAL DISCOVERY

NOW COME the Plaintiffs in the above-styled action, and hereby give notice of their filing with the Court, for evidence and other purposes allowed under the Federal Rules of Civil Procedure, the following:

1. Plaintiffs' First Requests to Admit Directed to Defendant Donald Shane Brown;

2. Defendant Donald Shane Brown's Response to Plaintiffs' First Requests to Admit Directed to Defendant Donald Shane Brown; and

3. Plaintiffs' Second Requests to Admit Directed to Defendant Donald Shane Brown.

This the 22nd day of February, 2011.

                                      S/ G. BRIAN SPEARS
                                      Bar No. 670112
                                      Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 22, 2011, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Andrew H. Marshall, Esq.<br>Begnaud & Marshall, LLP<br>1091-B Founders Boulevard<br>Post Office Box 8085<br>Athens, Georgia 30603-8085 | G. Kevin Morris<br>Williams, Morris & Waymire, LLC<br>Building 400, Suite A<br>4330 South Lee Street, NE<br>Buford, Georgia 30518 |
| Timothy J. Buckley<br>Michaela Kendall<br>Buckley & Brown, PC<br>2970 Clairmont Road, Suite 1010<br>Atlanta, GA 30329 | Albert Wan, Esq.<br>1201 Peachtree St., Ste. 200<br>Atlanta, GA 30361 |
| Gary M. Shapiro, Esq.<br>400 Galleria Parkway, Suite 1500-20<br>Atlanta, GA 30339 | |

            S/BRIAN SPEARS, ECF-Registered Attorney
            Georgia Bar No. 670112
            Attorney for Plaintiffs
            1126 Ponce de Leon Avenue
            Atlanta, GA 30306
            Telephone: (404) 872-7086
            Email: Bspears@mindspring.com