IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH and JUSTIN FINCH, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. 2:10-CV-0062-WCO |
| vs. | ) ) | |
| DONALD SHANE BROWN, et al., | ) ) | |
| Defendants. | ) | |

# PLAINTIFFS' NOTICE OF FILING ORIGINAL DISCOVERY

NOW COME the Plaintiffs in the above-styled action, and hereby give notice of their filing with the Court, for evidence and other purposes allowed under the Federal Rules of Civil Procedure, the following:

1. A CD containing a true and correct copy of a surveillance video taken of segregation cell one on November 12, 2008 during the hours from 20:00:00 to 23:00:01.  (Attachment "K" to Plaintiffs' Statement of Material Facts, D.E. 104);

2. A CD containing an audio recording of Defendant Brown's November 21st follow-up interview with Special Agent Marlar of the Georgia

Bureau of Investigation.  (SMF Attachment "V"  to Plaintiffs' Statement of Material Facts, D.E. 104); and

3. A CD containing true and correct recordings of interviews of Defendant Brown conducted by Lt. Wimpy of the Jackson County Sheriffs Office and Special Agent Marlar of the Georgia Bureau of Investigation conducted on or around November 17, 2008 and November 21, 2008. (SMF Attachment 1 to SMF Attachment W to Plaintiffs' Statement of Material Facts, D.E. 104).

This the 23rd day of February, 2011.

S/ G. BRIAN SPEARS
Bar No. 670112
Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2011, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Andrew H. Marshall, Esq.
Begnaud & Marshall, LLP
1091-B Founders Boulevard
Post Office Box 8085
Athens, Georgia 30603-8085

G. Kevin Morris
Williams, Morris & Waymire, LLC
Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518

Timothy J. Buckley
Michaela Kendall
Buckley & Brown, PC
2970 Clairmont Road, Suite 1010
Atlanta, GA 30329

Albert Wan, Esq.
1201 Peachtree St., Ste. 200
Atlanta, GA 30361

Gary M. Shapiro, Esq.
400 Galleria Parkway, Suite 1500-20
Atlanta, GA 30339

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiffs
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com