IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH and JUSTIN FINCH, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. 2:10-CV-0062-WCO |
| vs. | ) ) | |
| DONALD SHANE BROWN, et al., | ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF FILING

NOW COME the Plaintiffs in the above-styled action, and hereby give notice of their filing with the Court, for evidence and other purposes allowed under the Federal Rules of Civil Procedure, the following:

1. Exhibits CC thru II to Plaintiffs' Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried in Support of Plaintiffs' Motion for Summary Judgment Against Defendant Donald Shane Brown (D.E. 104).

This the 11th day of March, 2011.

        S/ G. BRIAN SPEARS
        Bar No. 670112
        Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele: (404) 872-7086

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2011, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Andrew H. Marshall, Esq.<br>Begnaud & Marshall, LLP<br>1091-B Founders Boulevard<br>Post Office Box 8085<br>Athens, Georgia 30603-8085 | G. Kevin Morris<br>Williams, Morris & Waymire, LLC<br>Building 400, Suite A<br>4330 South Lee Street, NE<br>Buford, Georgia 30518 |
| Timothy J. Buckley<br>Michaela Kendall<br>Buckley & Brown, PC<br>2970 Clairmont Road, Suite 1010<br>Atlanta, GA 30329 | Albert Wan, Esq.<br>1201 Peachtree St., Ste. 200<br>Atlanta, GA 30361 |
| Gary M. Shapiro, Esq.<br>400 Galleria Parkway, Suite 1500-20<br>Atlanta, GA 30339 | |

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiffs
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com