IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINSEVILLE DIVISION

| | |
|---|---|
| JAMES NELSON FINCH, JASON OTIS FINCH, JUSTIN FINCH, by and through his next friend, Kim Biondi, and THE ESTATE OF RICKY G. FINCH by and through the Temporary Administrator of his Estate, James Nelson Finch, <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD SHANE BROWN, in his individual capacity, and PHILLIP STANELY, in his individual capacity, and RAYMOND GAILEY, in his individual capacity, <br><br> Defendants. | CIVIL ACTION FILE <br> 2: 10-CV-0062-WCO |

## NOTICE OF FILING ELECTRONIC MEDIA

COMES NOW, Defendant Raymond Gailey, and files the following video on DVD disc:

- **Exhibit "M" to the Brief in Support of Defendant Raymond Gailey's Motion for Summary Judgment.**

This video was not filed electronically because it could not be converted to .pdf.

The video has been served manually on all parties.

This 25th day of April, 2011.

                        Respectfully submitted,
                        **BUCKLEY BROWN, P.C.**

                        /s/ Timothy J. Buckley III

                        _____
                        TIMOTHY J. BUCKLEY III
                        Georgia State Bar No. 092913
                        MICHAELA C. KENDALL
                        Georgia State Bar No. 252118

2970 Clairmont Road          *Attorneys for Defendant Gailey*
Suite 1010
Atlanta, GA 30329
(404) 633-9230
(404) 633-9640 (fax)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINSEVILLE DIVISION

| | | |
|---|---|---|
| JAMES NELSON FINCH, JASON OTIS FINCH, JUSTIN FINCH, by and through his next friend, Kim Biondi, and THE ESTATE OF RICKY G. FINCH by and through the Temporary Administrator of his Estate, James Nelson Finch, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: 2:10-CV-0062-WCO |
| vs. | ) ) | |
| DONALD SHANE BROWN, in his individual capacity, and PHILLIP STANELY, in his individual capacity, and RAYMOND GAILEY, in his individual capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed NOTICE OF FILING ELECTRONIC MEDIA with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications, and via regular U.S. Mail to the following counsel of record:

3

Andrew H. Marshall, Esq.
Begnaud & Marshall, LLP
1091-B Founders Boulevard
PO Box 8085
Athens, Georgia 30603-8085

G. Kevin Morris, Esq.
Williams, Morris & Waymire, LLC
Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518

Brian Spears, Esq.
Law Office of G. Brian Spears, LLC
1126 Ponce de Leon Avenue
Atlanta, Georgia 30306

Albert Wan, Esq.
1201 Peachtree Street
Colony Square, Suite 200
Atlanta, Georgia 30316

Gary Shapiro, Esq.
400 Galleria Parkway
Suite 1500-20
Atlanta, Georgia 30339

{Signature on following page.}

This 25th day of April, 2011.

        Respectfully submitted,

        **BUCKLEY BROWN, P.C.**

        /s/ Michaela C. Kendall
        _____
        TIMOTHY J. BUCKLEY III
        Georgia Bar No. 092913
        MICHAELA C. KENDALL
        Georgia State Bar No. 252118
        *Attorneys for Defendant Raymond Gailey*

2970 Clairmont Road, N.E.
Suite 1010
Atlanta, GA 30329
(404) 633-9230