IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

JAMES FINCH and JUSTIN FINCH, )
A Minor, by and through his    )
Next Friend, Kim Biondi, and   )
The ESTATE OF RICKY G. FINCH,  )
By And through the Temporary   )
Administrator of his estate,   )
James Nelson Finch,            )      CIVIL ACTION FILE
                               )      NO. 2:10-CV-0062-WCO
    Plaintiffs,                )
                               )
vs.                            )
                               )
DONALD SHANE BROWN, in his     )
individual capacity, and       )
PHILLIP STANLEY, in his        )
individual capacity,           )
                               )
    Defendants.                )
                               )

**DEFENDANT'S NOTICE OF AND REQUEST FOR FILING ORIGINAL
DISCOVERY**

COMES NOW DEFENDANT PHILLIP STANLEY, and serves his

Notice of Filing Original Discovery, to be used in

connection with his Motion for Summary Judgment, filed

contemporaneously herewith

(1) Transcript of Deposition of James Otis Finch, taken on February 16, 2010, to be filed upon receipt from court reporter.

Defendant hereby requests Plaintiffs to file the originals of the following discovery in their possession:

(1) Transcript of Deposition of Phillip Stanley, taken on November 1, 2010;

(2) Transcript of Deposition of Donald Shane Brown, taken on November 1, 2010;

(3) Transcript of Deposition of Krista Clark, taken on November 3, 2010; and

(4) Transcript of Deposition of Raymond Gailey, taken on December 7, 2010.

Undersigned counsel for Defendant certifies that the discovery above is necessary for the Court's adjudication of Defendant's Motion for Summary Judgment.

3

This 26th day of April, 2011.

**WILLIAMS, MORRIS & WAYMIRE, LLC**

/s/ G. Kevin Morris
G. KEVIN MORRIS
Georgia Bar No. 523895
Attorneys for Defendants

4330 South Lee St., NE
Building 400, Suite A
Buford, Ga 30518-3027
Telephone: (678) 541-0790
Facsimile: (678) 541-0789
kevin@wmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF AND REQUEST FOR FILING ORIGINAL DISCOVERY**, upon all parties electronically through the Court's CM/ECF system, as follows:

Brian Spears
Attorney at Law
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Albert Wan
Attorney at Law
1201 Peachtree Street
400 Colony Square, Ste 200
Atlanta, GA 30361

Gary M. Shapiro
Attorney at Law
400 Galleria Parkway, Ste 1500-20
Atlanta, GA 30339

Andrew H. Marshall
Begnaud & Marshall, LLP
P. O. Box 8085
Athens, GA 30603-8085

Michaela C. Kendal
Timothy J. Buckley, III
Buckley Brown
2970 Clairmont Road, NE, Ste 1010
Atlanta, GA 30329

5

This 26th day of April, 2011.

                        **WILLIAMS, MORRIS & WAYMIRE, LLC**

                        /s/ G. Kevin Morris
                        G. KEVIN MORRIS