FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 1 8 2011

JAMES N. HATTEN, Clerk
By: Dan Stanlype
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH and JUSTIN FINCH,<br>Et al., | ) | |
| | ) | CIVIL ACTION FILE |
| | ) | NO. 2:10-CV-0062-WCO |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD SHANE BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon Consent of the Parties and for good cause shown, it is hereby ORDERED that the Scheduling Order is hereby modified as follows: 1) commencing on the date that this Order is signed, the proceedings in this litigation shall be stayed for sixty (60) days so as to allow the Parties to explore settlement by way of mediation ~~and modify the Scheduling Order~~; 2) the Parties shall report to the Court the outcome of their mediation by not later than sixty (60) days from the issuance of this Order; and, 3) in the event that the

litigation is not settled by the parties through the mediation contemplated by this Order, then the Plaintiffs' responses to Defendant Stanley's and Defendant Gailey's Motions for Summary Judgment shall be due to be filed not later than twenty days from the date of the expiration of the stay.

SO ORDERED this _18th_ day of May, 2011.

WILLIAM C. O'KELLEY, Judge
United States District Court for
the Northern District of Georgia