IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES FINCH and JUSTIN FINCH, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. 2:10-CV-0062-WCO |
| vs. | ) ) | |
| DONALD SHANE BROWN, et al., | ) ) | |
| Defendants. | ) | |

# PLAINTIFFS' NOTICE OF FILING ORIGINAL DISCOVERY

NOW COME the Plaintiffs in the above-styled action, and hereby give notice of their filing with the Court, for evidence and other purposes allowed under the Federal Rules of Civil Procedure, the following:

1. A DVD containing a true and correct copy of Defendant Stanley's follow-up interview with Agent Marlar.  (Attachment "M" to Plaintiffs' Statement of Additional Material Facts Which Present a Genuine Issue for Trial in Support of Plaintiffs' Response to Defendant Stanley's Motion for Summary Judgment.)

This the 20th day of July, 2011.

                                                             <u>S/ G. BRIAN SPEARS</u>
                                                             Bar No. 670112
                                                             Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2011, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Andrew H. Marshall, Esq.
Begnaud & Marshall, LLP
1091-B Founders Boulevard
Post Office Box 8085
Athens, Georgia 30603-8085

G. Kevin Morris
Williams, Morris & Waymire, LLC
Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518

Timothy J. Buckley
Michaela Kendall
Buckley & Brown, PC
2970 Clairmont Road, Suite 1010
Atlanta, GA 30329

Albert Wan, Esq.
1201 Peachtree St., Ste. 200
Atlanta, GA 30361

Gary M. Shapiro, Esq.
400 Galleria Parkway, Suite 1500-20
Atlanta, GA 30339

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiffs
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com